

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2021

| | |
|---|---|
| **LETITIA JAMES**<br>ATTORNEY GENERAL | **BARBARA D. UNDERWOOD**<br>SOLICITOR GENERAL<br><br>FEDERAL HABEAS CORPUS SECTION |

August 2, 2021

<u>By ECF</u>

Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:   *Carter v. Miller*,
               1:21-cv-02680-ER-RWL

Dear Judge Lehrburger:

    I represent the respondent in the above-referenced habeas corpus matter pursuant to 28 U.S.C. § 2254.  I write respectfully to request permission to file the state court record in this matter under seal.

    The petitioner was convicted of a sexual assault, and under New York law, sex crime victims are entitled to confidentiality.  See N.Y. Civil Rights Law § 50-b.  The appellate documents in this matter were filed under seal.  We would appreciate it if this Court permitted our office to submit the record under seal, as well.

    Thank you for your consideration.

                                                    Respectfully Submitted,

                                                    */s/  Lisa E. Fleischmann*
                                                    Lisa E. Fleischmann (LF-2907)
                                                    Assistant Attorney General
                                                    Lisa.Fleischmann@ag.ny.gov

Page 2

cc:  Elliot Carter, 16-A-3876
    Great Meadow Correctional Facility
    11739 State Route 22
    P.O. Box 51
    Comstock, New York  12821-0051
    (by regular mail)

SO ORDERED:

8/2/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Petitioner.