UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLIOTT CARTER,

     Petitioner,

– *against* –

CHRISTOPHER MILLER,

     Respondent.

**ORDER**

21-cv-2680 (ER)

Ramos, D.J.:

  Magistrate Judge Stewart D. Aaron issued a Report and Recommendation ("R & R") in this matter on May 2, 2022.  Doc. 19.  The R & R made clear that the parties had fourteen days to file written objections to the Report.  *Id.* at 27.  *Pro se* petitioner Carter did not file any objections; rather, on August 15, 2022, he filed a motion for the appointment of counsel.  Doc. 20 at 1–4.  The following day, the Court denied Carter's request.  Doc. 21.  The Clerk of Court mailed Carter a copy of the Court's Order denying his request.  *See* Min. Entry dated Aug. 17, 2022.

  As of this date, no objections to the R & R have been filed.  Carter is therefore directed to submit any objections to the Court by Monday, January 23, 2023.  Failure to do so will result in a waiver of objections and will preclude appellate review.  *See* 28 U.S.C. § 636(b)(1)(C); *PSG Poker, LLC v. DeRosa–Grund,* No. 06 Civ. 1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing *United States v. Male Juvenile,* 121 F.3d 34, 38 (2d Cir. 1997)).

It is SO ORDERED.

Dated: December 19, 2022
    New York, New York

                       Edgardo Ramos, U.S.D.J.